**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| OYEKUNLE STEPHEN OYELAKIN | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 26-1202 |
| | : | |
| HANNAH OLUSOLA EDWARD | : | |

## <u>ORDER</u>

**AND NOW**, this 9th day of June 2026, upon considering Plaintiff's pro se Motion for alternative service (ECF 14) upon the mother of his child in Ireland by email, WhatsApp messaging, and international registered mail, averring the Irish authorities will not affect service under the Hague Service Convention, mindful the Supreme Court's guidance as to our discretion to allow alternate service as long as the alternate service does not conflict with Irish law but finding Plaintiff offers no basis for us to find Ireland will allow these Plaintiff's described methods of service, it is **ORDERED** we **DENY** Plaintiff's Motion (ECF 14) without prejudice.

_____
**KEARNEY, J.**